**Adelaja Allen AROJURAYE, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent,**

and

**Department of Defense, Intervenor.**

No. 2011–3034.

United States Court of Appeals, Federal Circuit.

Feb. 4, 2011.

## ON MOTION

### ORDER

Upon consideration of the Department of Defense's motion to reform the caption to designate the Merit Systems Protection Board as the respondent and the motion for leave to intervene,

IT IS ORDERED THAT:

The motions are granted. The revised official caption is reflected above. The Board and the Department should calculate their brief due dates from the date of filing of this order.